## Barnes, et al. v. Scott, et al.

(Decided June 16, 1916.)

W. T. WHITE and J. B. WICKLIFFE for appellant.

HAL S. CORBETT for appellees.

RESPONSE BY JUDGE CARROLL TO PETITION OF APPELLEE FOR MODIFICATION OF OPINION.

For response to the petition for a modification of the extended opinion that may be found in 168 Ky. 640, the extended opinion is withdrawn and the original opinion in 168 Ky. 121 stands as handed down.